## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROPSPERO LOPEZ BENITEZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC, CARSON TOYOTA, a business entity form unknown; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.: CV 21-112-DMG (KSx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [34]** |

The parties' stipulation is APPROVED. The above-captioned action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED: March 17, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1
[